**Order entered December 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00284-CV

**TOYOTA MOTOR SALES, U.S.A., INC., AND TOYOTA MOTOR CORPORATION,**
**Appellants**

**V.**

**BENJAMIN THOMAS REAVIS AND KRISTI CAROL REAVIS, INDIVIDUALLY AND AS NEXT FRIENDS OF E.R. AND O.R., MINOR CHILDREN, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15296**

## ORDER

Before the Court is the December 19, 2019 second unopposed motion for an extension of

time to file appellants' brief. We **GRANT** the motion and extend the time to **January 27, 2020**.


/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE